| | | | |
|---|---|---|---|
| In the Interest of L.K.; Appeal of C.K. .... | 1458 WDA 2015<br>Affirmed | 07/08/2016 | CP–02–AP–0000077–<br>2015<br>(Allegheny) |
| Com. v. McBride [9] .................... | 1711 WDA 2015<br>Affirmed | 07/08/2016 | CP–10–CR–0000247–<br>2015<br>(Butler) |
| Com. v. Troop [10] .................... | 2022 WDA 2015<br>Affirmed | 07/08/2016 | No. 1234 of 1988<br>(Erie) |
| Com. v. Mitchell .................... | 38 WDA 2016<br>Affirmed | 07/08/2016 | CP–02–CR–0001924–<br>1997<br>(Allegheny) |
| Com. v. Clark........................ | 137 WDA 2016<br>Affirmed | 07/08/2016 | CP–65–CR–0004407–<br>2014<br>(Westmoreland) |
| Com. v. Maddox ..................... | 171 WDA 2016<br>Affirmed | 07/08/2016 | CP–26–CR–0001430–<br>2015<br>(Fayette) |
| Com. v. Ramos ..................... | 289 WDA 2016<br>Affirmed | 07/08/2016 | CP–07–CR–0000646–<br>2008<br>(Blaire) |
| Com. v. Bethea ..................... | 2099 EDA 2014<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/11/2016 | CP–51–CR–0305131–<br>2005<br>(Philadelphia) |
| Com. v. Braxton .................... | 2921 EDA 2014<br>Affirmed | 07/11/2016 | CP–51–CR–0014113–<br>2012<br>(Philadelphia) |
| Com. v. Biederman .................. | 3283 EDA 2014<br>Affirmed | 07/11/2016 | CP–51–CR–0001190–<br>2014<br>(Philadelphia) |
| Com. v. Bennett..................... | 1418 EDA 2015<br>Affirmed | 07/11/2016 | CP–51–CR–0314291–<br>2003<br>(Philadelphia) |
| Com. v. Whiters..................... | 1619 EDA 2015<br>Affirmed | 07/11/2016 | CP–51–CR–0007204–<br>2008<br>(Philadelphia) |
| Com. v. Smith ..................... | 1777 EDA 2015<br>Affirmed | 07/11/2016 | CP–51–CR–0007204–<br>2008<br>(Philadelphia) |
| Com. v. Vangoethem ................. | 1778 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/11/2016 | CP–51–CR–0011551–<br>2008<br>(Philadelphia) |
| Com. v. Shipman ................... | 1973 EDA 2015<br><br>Affirmed | 07/11/2016 | CP–51–CR–0004583–<br>2014<br>(Philadelphia) |

9. Petition for reargument denied September 07, 2016.

10. Petition for reargument denied September 15, 2016.